**Willis A. BRAILEY, Plaintiff— Appellant,**

v.

**ADVANCE AMERICA CASH ADVANCE CENTERS OF VIRGINIA, INC., Defendant—Appellee.**

**No. 09–1874.**

United States Court of Appeals, Fourth Circuit.

Submitted: May 20, 2010.

Decided: May 24, 2010.

Willis A. Brailey, Appellant pro se. Charles Edgar McDonald, III, Ogletree,

Deakins, Nash, Smoak & Stewart, PC, Greenville, South Carolina, for Appellee.

Before WILKINSON, NIEMEYER, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Willis A. Brailey appeals the district court's final judgment in favor of his former employer after a bench trial on his federal discrimination claims. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. *Brailey v. Advance Am. Cash Advance Ctrs. of VA, Inc.*, 3:08–cv–00365–RLW (E.D.Va. July 27, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*